**FILED**

MAR 31 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                      DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>            vs.<br><br>Fernando Rios<br><br>                                    Defendant. | Case No. 22-cr-0589-JLS<br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 21:841(a)(1); 18:2 - Possession of Cocaine with Intent to Distribute; Aiding and Abetting

☒ Ct 2 - 21:841(a)(1); 18:2 - Possession of Fentanyl with Intent to Distribute; Aiding and Abetting

Dated:   3/31/22

Hon. Jill L. Burkhardt
United States Magistrate Judge